United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **COOPER ET AL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-4818 |
| § | |
| **BAY AREA REGIONAL MEDICAL** § | |
| **CENTER, LLC et al,** § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Parties have informed the court that the present matter has been resolved in bankruptcy proceedings. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 4th day of January, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE