United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **COOPER et al,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 4:18-CV-4818** |
| § | |
| **BAY AREA REGIONAL MEDICAL** § | |
| **CENTER, LLC et al,** § | |
| § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by email that all claims pending in this lawsuit have reached a settlement pending the resolution of a bankruptcy proceeding. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 4th day of January, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE